In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-381 CR


NO. 09-06-382 CR


NO. 09-06-383 CR


NO. 09-06-384 CR


NO. 09-06-385 CR


NO. 09-06-386 CR


____________________



EDWARD CHARLES HOLLAND, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause Nos. 89821, 91160, 91297,


92581, 92582, and 92583






 MEMORANDUM OPINION 


 On September 28, 2006, we informed the parties that our jurisdiction was not apparent
from the notice of appeal, and notified them that the appeal would be dismissed for want of
jurisdiction unless we received a response showing grounds for continuing the appeal. 
Appellant's response does not establish our jurisdiction.

 The notices of appeal seek to appeal the "State's failure to dismiss causes and denial
of speedy trial," but according to the trial court clerk the appellant has not been convicted or
sentenced in cause nos. 89821, 91160, 91297, 92581, 92582, and 92583. The issue raised
by appellant is not appealable at this time. See Smith v. Gohmert, 962 S.W.2d 590, 592-93
(Tex. Crim. App. 1998). The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.


 ____________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 22, 2006 

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.